## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

IVONNE M.FLORES_MORALES )
)
**PETITIONER,** )
)
v. )
)
) Case No.: 26-1378(FAB)
)
US. CITIZENSHIP AND IMMIGRATION )
SERVICES; NATALIA FIGUEROA in her )
official capacity as Field Office Director, San )
Juan Field Office; KIKA SCOTT, in her )
official capacity as Acting Director, District )
9 Miami District Office; Joseph Edlow, in )
his official capacity as Director, U.S. )
Citizenship and Immigration Services; and )
Markwayne Mullin in his official capacity as )
the Secretary of the U.S. Department of )
Homeland Security, )
)
**RESPONDENTS,** )
)
)
)

### MOTION SUBMITTING SUMMONS EXECUTED

TO THE HONORABLE COURT:

COMES NOW Petitioner through the undersigned attorney and respectfully states and prays as follows:

1. Attached to the present motion are the summonses that were served on the Respondent, USA, as required by Rule 4(i) of the Fed. Rule of Civil Procedure. All other summonses were served as required by Rule 4(i)(1)(A)(i) and 4(i)(2).**(Attachment 1)**

Wherefore, Petitioner respectfully requests this Court to acknowledge the present Motion.

At San Juan, Puerto Rico, June 18, 2026

RESPECTFULLY SUBMITTED,

s/ RAYMOND L. SÁNCHEZ MACEIRA
USDC: 211405
COUNSEL FOR DEFENDANT
PO BOX 191972
SAN JUAN, PR 00919
TEL. 721-3370/FAX 721-4706
sanchezlaw264@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on June 18, 2026, I electronically filed the foregoing with the clerk of the court using CM/ECF system which will send notification of such filing to the following: To All parties of record.

In San Juan P.R. June 18, 2026.

S/RAYMOND L. SANCHEZ-MACEIRA
USDC NO. 211405
PO BOX 191972
SAN JUAN, PR 00919
Tel. 787-721-3370/ FAX 787-751-6697

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | | |
|---|---|---|
| IVONNE MIGLIZA FLORES-MORALES<br>Petitioner<br>*Plaintiff(s)* | ) ) ) ) | |
| v. | ) ) | Case No.: 26-cv-01378-FAB<br>Agency No.: A243-005-970<br>I-130 No.: IOE9793098244 |
| U.S. CITIZENSHIP AND IMMIGRATION SERVICES;<br>NATALIA FIGUEROA, in her official capacity as Field Office<br>Director, San Juan Field Office, U.S.C.I.S.; KIKA SCOTT, in her<br>official capacity as Acting Director, Distric 9 - Miami District Office,<br>U.S.C.I.S.; JOSEPH B. EDLOW, in his official capacity as Director,<br>U.S.C.I.S.; MARKWAYNE MULLIN, in his official capacity as the<br>Secretary of the U.S. Department of Homeland Security<br>*Defendant(s)* | ) ) ) ) ) ) ) ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   UNITED STATES ATTORNEY
DISTRICT OF PUERTO RICO
TORRE CHARDON SUITE 1201
350 CARLOS CHARDON STREET
SAN JUAN, PUERTO RICO, 00918

RECEIVED
JUN 17 2026
US ATTORNEY'S OFFICE
PUERTO RICO

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RAYMOND L. SANCHEZ-MACEIRA, ESQ.
USDC#: 211405
PO BOX 191972
SAN JUAN, PR 00919
787-751-2510
sanchezlaw264@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Ada I. Garcia-Rivera, Esq.

*CLERK OF COURT*

Digitally signed by Rafael
Martínez-Noble
Date: 2026.06.16 11:02:35 -04'00

Date: 6/16/2026

*Signature of Clerk or Deputy Clerk*

✂ — — — — — — — — — — — — — — — — — — — — —

*Cut on dotted line.*

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

**9405 5301 0935 5393 5796 78**

Print Date: 2026-06-16

Ship Date: 2026-06-16

| | |
|---|---|
| PRIORITY MAIL® | $11.12 |
| Extra Services: | $0.00 |
| Fees: | $0.00 |
| Total: | $11.12 |

From:    SANCHEZ MACEIRA LAW OFFICE
RAYMOND L SANCHEZ-MACEIRA,ESQ.
PO BOX 191972
SAN JUAN PR 00919-1972

To:

USCISN SAN JUAN FIELD OFFICE
NATALIA FIGUEROA
273 AVE PONCE DE LEON STE 1100
SAN JUAN PR 00917-1950

\* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

26-CV-01378-FAB

**UNITED STATES POSTAL SERVICE®**  *Thank you for shipping with the United States Postal Service! Check the status of your shipment on the USPS Tracking® page at usps.com*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| IVONNE MIGLIZA FLORES-MORALES<br>Petitioner<br>*Plaintiff(s)*<br>v.<br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES;**<br>**NATALIA FIGUEROA,** in her official capacity as Field Office<br>Director, San Juan Field Office, U.S.C.I.S.; **KIKA SCOTT,** in her<br>official capacity as Acting Director, Distric 9 - Miami District Office,<br>U.S.C.I.S.; **JOSEPH B. EDLOW,** in his official capacity as Director,<br>U.S.C.I.S.; **MARKWAYNE MULLIN,** in his official capacity as the<br>Secretary of the U.S. Department of Homeland Security<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 26-cv-01378-FAB

Agency No.: A243-005-970

I-130 No.: IOE9793098244

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NATALIA FIGUEROA, in her official capacity as Field Office Director.
San Juan Field Office
273 Ponce De Leon Avenue, Suite 1100,
San Juan, Puerto Rico 00917-1923

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RAYMOND L. SANCHEZ-MACEIRA, ESQ.
USDC#: 211405
PO BOX 191972
SAN JUAN, PR 00919
787-751-2510
sanchezlaw264@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Ada I. Garcia-Rivera, Esq.

*CLERK OF COURT*

Digitally signed by Rafael
Martínez-Noble
Date: 2026.06.16 11:02:49 -04'00'

Date: 6/16/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Agency No.: A232-278-664
Case No. 26-cv-01378-FAB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Natalia Figueroa, in her official capacity
was received by me on *(date)* ___06/16/26___  as Field Office Director, San Juan Field Office

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Priority Mail (9405 5301 0935 5393 5796 78)
273 Ave. Ponce de León Ste 1100
San Juan PR 00917-1950

My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.

Date: ___06/16/26___                          _____
                                                            *Server's signature*

                                              Sanchez Moreira Law Office
                                                    *Printed name and title*

                                              PO Box 191972 San Juan PR 00919
                                                        *Server's address*

Additional information regarding attempted service, etc:

✂ — — — — — — — — — — — — — — — — — — —
Cut on dotted line.

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO
   NOT TAPE OVER BARCODE. Be sure all edges are secure.
   Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of
   the package.

4. Each shipping label number is unique and can be used
   only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date"
   selected when you requested the label.

6. If a mailing receipt is required, present the article and
   Online e-Label Record at a Post Office for postmark.

---

**9405 5301 0935 5393 5797 15**

| | |
|---|---|
| Print Date: 2026-06-16 | PRIORITY MAIL®       $11.12 |
| Ship Date: 2026-06-16 | Extra Services:       $0.00 |
| | Fees:       $0.00 |
| | Total:       $11.12 |

From:  SANCHEZ MACEIRA LAW OFFICE
       RAYMOND L SANCHEZ-MACEIRA,ESQ.
       PO BOX 191972
       SAN JUAN PR 00919-1972

To:
       USCIS MIAMI DISTRICT OFFICE
       KIKA SCOTT
       5900 CAPITAL GATEWAY DR STOP 2120
       CAMP SPRINGS MD 20588-0010

\* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking®
service on PRIORITY MAIL® service with use of this electronic rate shipping label.
Refunds for unused postage paid labels can be requested online 30 days from the
print date.

26-CV-01378-FAB

**UNITED STATES POSTAL SERVICE®**  *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| IVONNE MIGLIZA FLORES-MORALES<br>Petitioner<br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES;**<br>**NATALIA FIGUEROA**, in her official capacity as Field Office<br>Director, San Juan Field Office, U.S.C.I.S.; **KIKA SCOTT**, in her<br>official capacity as Acting Director, Distric 9 - Miami District Office,<br>U.S.C.I.S.; **JOSEPH B. EDLOW**, in his official capacity as Director,<br>U.S.C.I.S.; **MARKWAYNE MULLIN**, in his official capacity as the<br>Secretary of the U.S. Department of Homeland Security<br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: **26-cv-01378-FAB**<br>Agency No.: A243-005-970<br>Form: I-130: IOE9793098244 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KIKA SCOTT, in her official capacity as Acting Director of
U.S. Citizenship and Immigration Services
5900 Capital Gateway Dr., Mail Stop 2120,
Camp Springs, MD 20588

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RAYMOND L. SANCHEZ-MACEIRA, ESQ.
USDC#: 211405
PO BOX 191972
SAN JUAN, PR 00919
787-751-2510
sanchezlaw264@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Ada I. Garcia-Rivera, Esq.
*CLERK OF COURT*

Digitally signed by Rafael
Martínez-Noble
Date: 2026.06.16 11:03:05 -04'00'

Date: 6/16/2026 _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Agency No.: A232-278-664
Case No. 26-cv-01378-FAB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kiha Scott, in her official capacity as Acting Director, District 9 Miami District Office

was received by me on *(date)* 06/16/26

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Priority Mail (9405 5301 0935 5393 5797 15)
5900 Capital Gateway Dr Stop 2120
Camp Springs MD 20588-0010

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/16/26 _____

_____
*Server's signature*

Sanchez Maceira Law Office
*Printed name and title*

PO Box 191972, San Juan PR 00919
*Server's address*

Additional information regarding attempted service, etc:

✂ — — — — — — — — — — — — — — — — — — — — — — —

*Cut on dotted line.*

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

**9405 5301 0935 5393 5797 22**

| | |
|---|---|
| Print Date: 2026-06-16 | **PRIORITY MAIL®** $11.12 |
| Ship Date: 2026-06-16 | Extra Services: $0.00 |
| | Fees: $0.00 |
| | Total: $11.12 |

From:  SANCHEZ MACEIRA LAW OFFICE
RAYMOND L SANCHEZ-MACEIRA,ESQ.
PO BOX 191972
SAN JUAN PR 00919-1972

To:
USCIS DIRECTOR
JOSEPH B EDLOW
5900 CAPITAL GATEWAY DR STOP 21020
CAMP SPRINGS MD 20588-0010

\* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking®
service on PRIORITY MAIL® service with use of this electronic rate shipping label.
Refunds for unused postage paid labels can be requested online 30 days from the
print date.

26-CU-01378- FAB

---

**UNITED STATES POSTAL SERVICE®**  *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of Puerto Rico

| | |
|---|---|
| IVONNE MIGLIZA FLORES-MORALES<br>Petitioner<br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES;**<br>**NATALIA FIGUEROA,** in her official capacity as Field Office Director,<br>San Juan Field Office, U.S.C.I.S.; **KIKA SCOTT,** in her official capacity<br>as Acting Director, Distric 9 - Miami District Office, U.S.C.I.S.;<br>**JOSEPH B. EDLOW,** in his official capacity as Director, U.S.C.I.S.;<br>**MARKWAYNE MULLIN,** in his official capacity as the Secretary of<br>the U.S. Department of Homeland Security<br>_____<br>*Defendant(s)* | Case No.: **26-cv-01378-FAB**<br>Agency No.: A243-005-970<br>I-130 No.: IOE9793098244 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  JOSEPH B. EDLOW, in his official capacity as Director of
United States Citizenship and Immigration Services
5900 Capital Gateway Dr., Mail Stop 2120,
Camp Springs, MD 20746

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  RAYMOND L. SANCHEZ-MACEIRA, ESQ.
USDC#: 211405
PO BOX 191972
SAN JUAN, PR 00919
787-751-2510
sanchezlaw264@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Ada I. Garcia-Rivera, Esq.

*CLERK OF COURT*

Digitally signed by Rafael
Martínez-Noble
Date: 2026.06.16 11:03:21 -04'00'

Date:  6/16/2026  _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Agency No. A232-278-664
Case No. 26-cv-01378-FAB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Joseph Edlow, in his official capacity as Director, US Citizenship and Immigration Services

was received by me on *(date)* 06/16/26 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Priority Mail ( 9405 5301 0935 5393 5797 22)
5900 Capital Gateway Dr. Stop 21020
Camp Springs MD 20588-0010

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/16/26

_____
Server's signature

Sanchez Maceira Law Office
Printed name and title

PO Box 191972 San Juan, PR 00919
Server's address

Additional information regarding attempted service, etc:

*Cut on dotted line.*

## Instructions

1. Please use a laser or laser-quality printer.

2. Adhere shipping label to package with tape or glue - DO NOT TAPE OVER BARCODE. Be sure all edges are secure. Self-adhesive label is recommended.

3. Place label so that it does not wrap around the edge of the package.

4. Each shipping label number is unique and can be used only once - DO NOT PHOTOCOPY.

5. Please use this shipping label on the "ship date" selected when you requested the label.

6. If a mailing receipt is required, present the article and Online e-Label Record at a Post Office for postmark.

---

**9405 5301 0935 5393 5796 92**

Print Date: 2026-06-16

Ship Date: 2026-06-16

| | |
|---|---|
| PRIORITY MAIL® | $11.12 |
| Extra Services: | $0.00 |
| Fees: | $0.00 |
| Total: | $11.12 |

From:   SANCHEZ MACEIRA LAW OFFICE
RAYMOND L SANCHEZ-MACEIRA,ESQ.
PO BOX 191972
SAN JUAN PR 00919-1972

To:   US SECRETARY OF HOMELAND SECURITY
MARKWAYNE MULLIN
DEPARTMENT OF HOMELAND SECURITY
2707 MARTIN LUTHER KING JR AVE SE STOP 0525
WASHINGTON DC 20528-0525

* Commercial Pricing PRIORITY MAIL® rates apply. There is no fee for USPS Tracking® service on PRIORITY MAIL® service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

26-CV-01378-FAB

**UNITED STATES POSTAL SERVICE®**  *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| IVONNE MIGLIZA FLORES-MORALES<br>Petitioner<br>*Plaintiff(s)*<br><br>v.<br><br>**U.S. CITIZENSHIP AND IMMIGRATION SERVICES;**<br>**NATALIA FIGUEROA**, in her official capacity as Field Office<br>Director, San Juan Field Office, U.S.C.I.S.; **KIKA SCOTT**, in her<br>official capacity as Acting Director, Distric 9 - Miami District Office,<br>U.S.C.I.S.; **JOSEPH B. EDLOW**, in his official capacity as Director,<br>U.S.C.I.S.; **MARKWAYNE MULLIN**, in his official capacity as the<br>Secretary of the U.S. Department of Homeland Security<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br><br>Case No.: **26-cv-01378-FAB**<br>Agency No.: A243-005-970<br>I-130 No.: IOE9793098244 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   MARKWAYNE MULLIN, U.S. Secretary of Homeland Security
Office of the Executive Secretary
MS 0525 Department of Homeland Security
2707 Martin Luther King Jr Ave SE,
Washington D.C. 20528-0525

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   RAYMOND L. SANCHEZ-MACEIRA, ESQ.
USDC#: 211405
PO BOX 191972
SAN JUAN, PR 00919
787-751-2510
sanchezlaw264@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Ada I. Garcia-Rivera, Esq.

*CLERK OF COURT*

Digitally signed by Rafael Martínez-Noble
Date: 2026.06.16 11:03:35 -04'00'

Date:   6/16/2026

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Agency No.: A232-278-664
Case No. 26-cv-01378-FAB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Markwayne Mullin, in his official capacity as The Secretary of the U.S. Department of Homeland Security

was received by me on *(date)* 06/16/26

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Priority Mail (9405 5301 0935 5393 5796 92)
2707 Martin Luther King Jr Ave SE Stop 0525
Washington DC 20528-0525

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 06/16/26

_____
Server's signature

Sanchez Maceira Law Office
Printed name and title

PO Box 191972 San Juan PR 00919
Server's address

Additional information regarding attempted service, etc: